**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-2192**

─────────────

VANCE BYRD,

        Plaintiff - Appellant,

    v.

ASHER WOLF; JOHNNY HSIEH; BILL GALL; EMPIRE RESOURCES, INC.,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, Senior District Judge. (1:19-cv-01873-DKC)

─────────────

Submitted: September 27, 2022               Decided: October 14, 2022

─────────────

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Vance Byrd, Appellant Pro Se.  Courtney Renee Abbott, GORDON REES SCULLY MANSUKHANI, LLP, Alexandria, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vance Byrd appeals the district court's order granting judgment in favor of Defendants after a bench trial was conducted on Byrd's retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and discern no error by the district court. We therefore affirm the district court's order. *Byrd v. Wolf*, No. 1:19-cv-01873-DKC (D. Md. Sept. 24, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*